UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NEIL HENRICKSEN AND MAURITA HENRICKSEN, <br><br> Plaintiffs, <br><br> vs. <br><br> CHEVRON PHILLIPS CHEMICAL COMPANY, LP; (individually and as successor-in-interest to Tidewater Petroleum); CHEVRON U.S.A., INC.; (individually and as successor-in-interest to Tidewater Petroleum); CONOCOPHILLIPS COMPANY (individually and as successor-in-interest to Tosco Corporation); EXXON MOBIL CORPORATION; and SHELL CHEMICAL LP, a subsidiary of ROYAL DUTCH SHELL, PLC, <br><br> Defendants. | No. CV-07-224-JLQ <br><br> **JUDGMENT IN A CIVIL CASE** |

This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the above-captioned matter be and is dismissed without prejudice as to defendants Chevron Phillips Chemical Company LP and Shell Chemical LP only, each party to bear its own costs.

DATED:  December 18, 2007           JAMES R. LARSEN, CLERK


                                    by   s/Cheryl Switzer
                                         Cheryl Switzer, Deputy Clerk