AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

NEIL HENRICKSEN AND
MAURITA HENRICKSEN,

    Plaintiff,

           v.

CONOCOPHILLIPS COMPANY,

    Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-07-224-JLQ

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Defendant's motion for Summary Judgment is GRANTED. Judgment dismissing the First Amended Complaint and the claims therein with prejudice, and closing the file.

February 11, 2009
*Date*

JAMES R. LARSEN
*Clerk*
s/ Cheryl Switzer
*(By) Deputy Clerk*
Cheryl Switzer